Antonio Alexander McGee
Name

PO Box 1568  HCF

Hutchinson Kansas 67504
Address

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Antonio Alexander McGee , Plantiff
*(Full Name)*

V.

KDOC , Defendant (s)

CASE NO. _____ 20-3201-SAC
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

A. JURISDICTION

1) Antonio Alexander McGee , is a citizen of Kansas
*(Plaintiff)* *(State)*

who presently resides at PO BOX 1568 Hutch. KS 67504
*(Mailing address or place*

_____ .
*of confinement.)*

2) Defendant KDOC Administrative is a citizen of
*(Name of first defendant)*

Hutchinson KS , and is employed as
*(City, State)*

Administrative . At the time the
*(Position and title, if any)*

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

They work here at Hutchinson Correctional Facility

1

3) Defendant *N/A* _____ is a citizen of

_____ , and is employed as
*(City, state)*

_____ . At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐   No ☐ . If your answer is "Yes", briefly explain:

*N/A* _____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

~~_____~~

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

for a few weeks I had a soure throat I thought it was from yelling
So I played it No mind then I couldn't talk so when I started havin
trouble breathing I filed out an sick Call and I got put on Fluconazole
100MG and then my test came back an the test side I had mrARSA in my
throat. So I asked don't somebody gotta give you mARSA from touch?
I was told that I must have breathed it in. Will...

_____

_____

Antonio Alexander McGee        US District Kansas        c#
KDOC

Pursuants

Ventilation issue that cuase me to.... some how on a way
to get MARSA in my throat. (Implicanting Eighth Amendment
rights) § Benjamin v Fraser 343 F. 3d 35 52 (2nd Cir 2003) §
Keenan v Hall, 83 F3d 1083, 1090 (9th Cir 1996) 135 F 3d 1318
(9th Cir 1998) § Gates v Cook, 376 F. 3d 323, 339-40 (5th Cir 2004)
I never in all my medical History couldn't have gotten dis
I have been in Seg. Almost an year, I have not came in
contact (that I've seen or knowof) with any other Inmates that's was
infected with an fresh eatting disease (Severe discomfort). The nurse
says the only way she could think is I breathed it in. (Prison Guards)
are putting stuff from other Inmates with disease in other inmates
food... This is the only other way. Eather I breathed or Prison Guards
did these to me. I'm at this moment in cell 209 RHU A² Side and
deficiency in Ventilation (not being cleaned in years, No controll of
temperature to keep geaems from spreading and or Disease) on in the
vice has cuased me great bodily harm. I have also had in the vice problems
with Prison Guards and them putting stuff in inmates food and or Drink, in
my Case Antonio Alexander McGee V. A. Lawless et al case# 19-cv-
3048-SAC-5 where I filed an Habeas Corpus ad prose quan dum
(in my EXHIBITS)... Skinner v Uphoff 254 F. Supp 2d 1208, 1215-16
(D. Wyo. 2002)(code) CASE # 19-CV-3048-SAC-5 is Appealed #19-
3276.

                              Respectfully Sincerely Submitted
                              Adduced this day 0  .    .20
                              Antonio Alaxander McGee

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

   violated and that the following facts form the basis for my allegations: (If necessary you

   may attach up to two additional pages (8h" x 11") to explain any allegation or to list

   additional supporting facts.)

   A) (1) Count I: Ventilation (Sanitation)

   (2) Supporting Facts: (Include all facts you consider important, including names of

   persons involved, places and dates. Describe exactly how each defendant is involved.

   State the facts clearly in your own words without citing legal authority or argument.):

   No, Administrative has made any one come down and clean these inmates vent there is no air criculation in the cells and all the vents I've seen have years of Dust in them.

   B) (1) Count II: great bodily Harm

   (2) Supporting Facts: I have marsa in my throat.

C) (1) Count III: N/A _____

_____

_____

(2) Supporting Facts: N/A _____

_____

_____

_____

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than
one lawsuit, describe the additional lawsuits on another piece of paper, using the same
outline.)

   a)  Parties to previous lawsuit:

   Plaintiffs: Antonio Alexandar McGree

   Defendants: A, Lawkss et al

   b)  Name of court and docket number  US District court of Kansas
   19-CV-3048-SAC-5 / Corizon

   c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
   pending?) Appealed  pending C# 19-3276 / Appealed pANding
   C# 20-3111

   d)  Issues raised  USE of force, mental oppression / maltreatment

   _____

e)  Approximate date of filing lawsuit   *3 - 21 - 19*

f)  Approximate date of disposition   *12 - 11 - 19*

1)  I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☑ No ☒ . If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

*I want threw medical to see what caused Me great bodily harm; I have not seen any body clean no vents around Here.*

## 2)  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

*Individually liable punitive → each 500,000,000 Jointly and severally Compensationed 550.90 Million* | *Compensation on wrongful act and Sanatation for violation of my Constitutional Rights privileges and IMMUNITIES REQUESTing $15.98 Billion I will settle if KDOC will pay court costs $9.98 Billion if not I'll settle 15.87 billion —*

_____          _____
Signature of Attorney (if any)                   Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82                  CIVIL RIGHTS COMPLAINT §1983